UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-101 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VAN T. VO THUY,<br>Defendant,<br>TRIAD FINANCIAL GROUP,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 13, 2004, is hereby released.

Dated: February 25, 2004

Magistrate Judge
United States District Court